**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.    NO. 4:99CR00165-04 JLH | |
| JOHNNY WAYNE BURTON | DEFENDANT |

**ORDER**

Pending before the Court is the government's Motion to Withdraw the Petition to Revoke Supervised Release previously filed on May 1, 2006. Good cause having been shown, the motion (Docket #129) is granted. The Clerk is directed to take the necessary steps to terminate the Petition to Revoke Supervised Release (Docket #126).

IT IS THEREFORE ORDERED that the revocation hearing previously scheduled for Tuesday, May 9, 2006, at 2:00 p.m. is hereby cancelled and the summons issued by the Clerk on May 2, 2006, is hereby recalled.

Defendant's Unopposed Motion to Continue revocation hearing (Docket #128) is denied as moot.

IT IS SO ORDERED this 8th day of May, 2006.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE